# United States Court of Appeals
## For the First Circuit

---

No. 12-1121

JESUS ARISTE MARTINEZ-LOPEZ,

Petitioner,

v.

ERIC H. HOLDER, JR., ATTORNEY GENERAL,

Respondent.

---

ERRATA SHEET

The opinion of this Court issued on January 4, 2013 is corrected as follows:

The asterisk footnote should read as follows:

------------
\*Judge Boudin participated in the semble in this matter when it was submitted, but did not participate in the issuance of the panel's opinion. The remaining two panelists issued the opinion pursuant to 28 U.S.C. § 46(d).